

Michael C. Zogby
973-549-7209 Direct
973-360-9831 Fax
michael.zogby@dbr.com

*Law Offices*

600 Campus Drive
Florham Park, NJ
07932-1047

(973) 549-7000
(973) 360-9831 fax
www.drinkerbiddle.com

*A Delaware Limited
Liability Partnership*

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON D.C.

June 24, 2016

**VIA ECF**

Hon. Lois H. Goodman, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street, Room 7050
Trenton, New Jersey 08608

Re:  **Anders v. Janssen Pharmaceuticals, Inc.**
       **Civil Action No. 3:16-cv-01897-MAS-LHG**

Dear Judge Goodman:

On behalf of Defendants Janssen Pharmaceuticals, Inc. and Johnson & Johnson, we write, with the consent of Plaintiffs' counsel, to respectfully request entry of the enclosed Consent Order extending time to respond to Plaintiffs' Complaint until **July 11, 2016**. If this Order meets Your Honor's approval, we ask that it be signed and entered.

Thank you for your consideration of this matter.

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

/s/ *Michael C. Zogby*
Michael C. Zogby

Enclosure

cc:    Christopher A. Seeger, Esq. (via ECF)

*Andrew B. Joseph
Partner responsible for
Florham Park Office*

*Established* 1849

85942386.1